UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHARKY,<br><br>    Plaintiff,<br><br>v.<br><br>BEAVER-VISITEC INTERNATIONAL HOLDINGS, INC. et al.,<br><br>    Defendants. | Case No. 2:25-cv-03705-SB-SK<br><br>ORDER TO SHOW CAUSE RE SANCTIONS |

      The Court set a mandatory scheduling conference (MSC) in this case for June 6, 2025.  Plaintiff's lead counsel, Isaac Raymond Zfaty, failed to appear in violation of the Court's Standing Order.

      Plaintiff is therefore ordered to show cause, in person, on June 13, 2025, at 8:30 a.m. in Courtroom 6C why Plaintiff and his counsel should not be sanctioned under Federal Rule of Civil Procedure 16(f).  *See* Fed. R. Civ. P. 16(f) (permitting sanctions where a party "fails to obey a scheduling or other pretrial order").  Plaintiff shall file a written response to the order to show cause (OSC) no later than 10 a.m. on June 11, 2025.   In the written response to the OSC, counsel shall state whether he has ever been sanctioned by any court or agency or been the subject of an OSC for failing to follow any court rule or order.

      The parties shall meet and confer about the amount of attorney's fees caused by Plaintiff's failure to appear.  If there is any dispute as to the amount of fees incurred, the parties shall file a joint statement providing their respective positions by 10 a.m. on June 11, 2025.  The Court will consider sanctioning Plaintiff's

1

2

counsel in the amount of reasonable attorney's fees incurred by defense counsel when evaluating his OSC response.

Date: June 9, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge